Núm. 8181.—Morales, etc., apldos., v. López, et als., apltes.—

Noviembre 12, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

A la anterior "moción para que se deje sin efecto la desestimación del recurso de apelación", no ha lugar.

Núm. 8291.—Santaella, aplda. v. Aponte, aplte.— Diciembre 18, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

Vista la moción sobre desestimación de apelación presentada por la demandante apelada, a la cual se ha allanado por escrito el demandado apelante, se desestima el recurso, no habiendo lugar a la imposición de honorarios de abogado a la parte apelante por no haberse demostrado que su actuación fuese temeraria en forma tal que justifique dicha condena.